UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
LP FUNDING, LLC,                                    :
                                                    :
                      Plaintiff,       :  15-cv-4081 (LTS) (KNF)
                                                    :
                                                    :  ECF CASE
                                                    :
        – against –                    :  **NOTICE OF APPEARANCE**
                                                    :
                                                    :
TANTECH HOLDINGS, LTD.,                             :
                                                    :
                      Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

        I am admitted to practice before this Court, and I appear in this case as counsel for

Defendant Tantech Holdings, Ltd.


Dated:  New York, New York
        July 29, 2015


                                        **SULLIVAN & WORCESTER LLP**


                                        By:  /s/ Harry H. Rimm
                                             Harry H. Rimm

                                             1633 Broadway
                                             New York, New York 10019
                                             Telephone:  (212) 660-3000
                                             Facsimile:  (212) 660-3001
                                             Email: hrimm@sandw.com

                                        *Attorneys for Defendant*
                                          *Tantech Holdings, Ltd.*