UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
                                                    :
LP FUNDING, LLC,                         :
                                                    :   15-cv-4081 (LTS) (KNF)
                 Plaintiff,            :
                                                    :   <u>ECF CASE</u>
                                                    :
         – against –              :   **NOTICE OF APPEARANCE**
                                                    :
TANTECH HOLDINGS, LTD.,          :
                                                    :
                 Defendant.          :
------------------------------------------- x

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      I am admitted to practice before this Court, and I appear in this case as counsel for Defendant Tantech Holdings, Ltd.


Dated:  New York, New York
           July 29, 2015

                                                               **SULLIVAN & WORCESTER LLP**

                                                      By: <u>/s/ Clark A. Freeman</u>
                                                               Clark A. Freeman

                                                               1633 Broadway
                                                               New York, New York 10019
                                                               Telephone:  (212) 660-3000
                                                               Facsimile:  (212) 660-3001
                                                                Email: cfreeman@sandw.com

                                                               *Attorneys for Defendant*
                                                                  *Tantech Holdings, Ltd.*