

# HUNTER TAUBMAN FISCHER LLC

NEW YORK    WASHINGTON, D.C.    MIAMI

JENNY JOHNSON-SARDELLA, ESQ.  
(ADMITTED FL, NY, DC)

JSARDELLA@HTFLAWYERS.COM

July 31, 2015

**VIA ECF**

Honorable Judge Laura Taylor Swain  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

**Re:  LP Funding, LLC v. Tantech Holdings, Ltd.**  
**Case No. 15cv4081**

Dear Judge Swain:

    We represent Plaintiff LP Funding, LLC ("LP Funding"), in the above-captioned matter. Pursuant to Rule A(2)(c) of your Honor's Individual Practices, Defendant Tantech Holdings, Ltd. ("Tantech") filed a letter motion ("Motion to Adjourn") (Docket Entry ("D.E.") 9) on July 29, 2015, requesting a thirty (30) day adjournment of the Initial Pre-Trial Conference originally scheduled for August 4, 2015, and a thirty (30) day extension of time to respond to LP Funding's 6-page Complaint (D.E. 1). On July 31, 2015, this Court granted Tantech's request to adjourn the Initial Pre-Trial Conference, and extended Tantech's time to respond to the Complaint to September 4, 2015 ("Order") (D.E. 10).

    On the same day as this Court's Order, Tantech has requested, yet again, a <u>further</u> extension of time to respond to the 6-page Complaint (D.E. 11). Plaintiff LP Funding respectfully submits this letter in opposition to Tantech's requests on the grounds that this Court has already ruled on the extension request, and Tantech's counsel executed a Waiver of Service (D.E. 3) on June 3, 2015, which provided Defendant 60 days to respond to the Complaint. Therefore, Defendant already has one month and four days to respond to Plaintiff LP Funding's 6-page Complaint. As such, Defendant's latest request for an extension should be denied.

Sincerely,

Jenny Johnson-Sardella

cc:    All Counsel of Record (via ECF)

www.htflawyers.com | info@htflawyers.com

255 University Drive - Coral Gables, FL 33134 | Office: (305) 629-8816 | Fax: (305) 629-8877