

# HUNTER TAUBMAN FISCHER LLC

NEW YORK    WASHINGTON, D.C.    MIAMI

JENNY JOHNSON-SARDELLA, ESQ.  
(ADMITTED FL, NY, DC)

JSARDELLA@HTFLAWYERS.COM

August 3, 2015

**Via CM/ECF**

Honorable Laura Taylor Swain  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

    Re:    LP Funding, LLC v. Tantech Holdings, Ltd.  
           **Case No. 1:15-cv-04081-LTS (KNF)**

Dear Judge Swain:

    Pursuant to the *Individual Practices in Civil Cases of Judge Laura Taylor Swain* A(1)(f), Plaintiff LP Funding, LLC ("LP Funding" or "Plaintiff") respectfully requests a brief adjournment of the Initial Conference ("Conference") currently scheduled for October 23, 2015, at 11:00 a.m. Due to a previously scheduled appearance in another matter, Plaintiff's counsel will not be available on October 23, 2015. LP Funding respectfully requests that the Conference be rescheduled to take place on October 30, 2015.

    This is Plaintiff's <u>first</u> request for an adjournment. Plaintiff's counsel has conferred with Defendant's counsel in this matter, and Defendant's counsel has provided his consent to the adjournment and the new date. Should the Court require any additional information, please feel free to contact me.

                                                 Sincerely,

                                                 Jenny Johnson-Sardella

cc:    All Counsel of Record