# H|T|F

### HUNTER TAUBMAN FISCHER LLC

NEW YORK    WASHINGTON, D.C.    MIAMI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-2015

JENNY JOHNSON-SARDELLA, ESQ.
(ADMITTED FL, NY, DC)

JSARDELLA@HTFLAWYERS.COM

August 3, 2015

**Via CM/ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:   LP Funding, LLC v. Tantech Holdings, Ltd.
      **Case No. 1:15-cv-04081-LTS (KNF)**

Dear Judge Swain:

Pursuant to the *Individual Practices in Civil Cases of Judge Laura Taylor Swain* A(1)(f), Plaintiff LP Funding, LLC ("LP Funding" or "Plaintiff") respectfully requests a brief adjournment of the Initial Conference ("Conference") currently scheduled for October 23, 2015, at 11:00 a.m. Due to a previously scheduled appearance in another matter, Plaintiff's counsel will not be available on October 23, 2015. LP Funding respectfully requests that the Conference be rescheduled to take place on October 30, 2015.

This is Plaintiff's <u>first</u> request for an adjournment. Plaintiff's counsel has conferred with Defendant's counsel in this matter, and Defendant's counsel has provided his consent to the adjournment and the new date. Should the Court require any additional information, please feel free to contact me.

*The conference is adjourned to October 30, 2015, at 10:30 AM and the related deadlines are modified accordingly.*

Sincerely,

Jenny Johnson-Sardella

SO ORDERED:
_____ 8/4/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

www.htflawyers.com | info@htflawyers.com
255 University Drive - Coral Gables, FL 33134 | Office: (305) 629-8816 | Fax: (305) 629-8877