UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
LP FUNDING, LLC,

              Plaintiff,

     – against –

TANTECH HOLDINGS, LTD.,

             Defendant.
------------------------------------------- x

15 Civ. 4081 (LTS) (KNF)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Tantech Holdings, Ltd., by and through its attorneys, Sullivan & Worcester LLP, states that its parent corporation is Tanbsok Group Ltd. and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        October 2, 2015

                                                          Sᴜʟʟɪᴠᴀɴ & Wᴏʀᴄᴇsᴛᴇʀ LLP

                                                          By: /s/ Harry H. Rimm
                                                               Harry H. Rimm
                                                               Clark A. Freeman

                                                               1633 Broadway
                                                               New York, New York 10019
                                                               Telephone:  (212) 660-3000
                                                               Facsimile:  (212) 660-3001

                                                               *Attorneys for Defendant*
                                                                 *Tantech Holdings, Ltd.*