UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
                                                       :

LP FUNDING, LLC,                        :

                                                      :   15 Civ. 4081 (LTS) (KNF)

             Plaintiff,             :

                                                      :   **RULE 7.1 DISCLOSURE STATEMENT**

      – against –                :

TANTECH HOLDINGS, LTD.,       :

             Defendant.           :
------------------------------------------- x

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Tantech Holdings, Ltd., by and through its attorneys, Sullivan & Worcester LLP, states that its parent corporation is Tanbsok Group Ltd. and that no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
          October 2, 2015

                                                                              **SULLIVAN & WORCESTER LLP**

                                                                             By: /s/ Harry H. Rimm
                                                                                   Harry H. Rimm
                                                                                   Clark A. Freeman

                                                                                   1633 Broadway
                                                                                   New York, New York 10019
                                                                                   Telephone:  (212) 660-3000
                                                                                   Facsimile:  (212) 660-3001

                                                                                  *Attorneys for Defendant*
                                                                                    *Tantech Holdings, Ltd.*