

December 28, 2015

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>**LP Funding, LLC v. Tantech Holdings, Ltd.**</u>**, No. 15 Civ. 4081 (LTS) (KNF)**

Dear Judge Swain:

    We are counsel to defendant Tantech Holdings, Ltd. ("Tantech"). Tantech's reply in connection with its Motion to Amend its Answer is due to be served today, Monday, December 28, 2015. We write to respectfully request a brief extension of one day, until tomorrow, Tuesday, December 29, 2015, for Tantech to serve its reply.

    The requested additional time is necessary because both of the attorneys working on the case are out of town for the holiday and need an additional day to file the reply.

    Plaintiff consents to the requested relief. No previous request for any adjournment or any extension has been made.

    Respectfully submitted,

    /s/Clark A. Freeman

    Clark A. Freeman

cc: All Counsel of Record (Via ECF)