Case 1:15-cv-04081-LTS   Document 29   Filed 12/28/15   Page 1 of 1



Sullivan & Worcester LLP          T 212 660 3000
1633 Broadway                     F 212 660 3001
New York, NY 10019                www.sandw.com



December 28, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/15
```

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *LP Funding, LLC v. Tantech Holdings, Ltd.*, No. 15 Civ. 4081 (LTS) (KNF)

Dear Judge Swain:

We are counsel to defendant Tantech Holdings, Ltd. ("Tantech"). Tantech's reply in connection with its Motion to Amend its Answer is due to be served today, Monday, December 28, 2015. We write to respectfully request a brief extension of one day, until tomorrow, Tuesday, December 29, 2015, for Tantech to serve its reply.

The requested additional time is necessary because both of the attorneys working on the case are out of town for the holiday and need an additional day to file the reply.

Plaintiff consents to the requested relief. No previous request for any adjournment or any extension has been made.

Respectfully submitted,

/s/Clark A. Freeman

Clark A. Freeman

cc: All Counsel of Record (Via ECF)

*The extension request is granted. Docket Entry No. 28 is resolved.*

**SO ORDERED:**

_____ 12/28/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BOSTON   LONDON   NEW YORK   WASHINGTON, DC